UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:21-CV-00146-D

| | |
|---|---|
| TIMOTHY NOONEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) |
| FARRIOR CORPORATION and | ) |
| MARK FARRIOR, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION TO STAY PENDING MEDIATION

The Parties having agreed pursuant to the Joint Motion to Stay Pending Mediation for purposes of pursuing settlement and other good cause appearing:

**IT IS HEREBY ORDERED** that this litigation (including Defendants' deadline to Answer or otherwise respond to Plaintiff's Amended Complaint) is **STAYED** for 150 days; and

**IT IS FURTHER ORDERED** that Defendants shall provide Plaintiff the agreed-upon data and information set forth in Section V of the Parties' Joint Motion within 60 days of the date of this Order; and

**IT IS FURTHER ORDERD** that the Parties shall mediate or engage in other good-faith negotiations within 60 days following Plaintiff's receipt of the information provided in Section V of the Parties' Joint Motion; and

**IT IS FURTHER ORDERED** that all further agreements between the Parties set forth in their Joint Motion are **APPROVED** and it is **ORDERED** that the Parties shall adhere thereto, subject to further order of the Court.

SO ORDERED, this ____ day of October, 2021.

~~TERRENCE W. BOYLE~~ JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE