IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:21-cv-00146-D

| | |
|---|---|
| TIMOTHY NOONEY, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>FARRIOR CORPORATION and MARK FARRIOR,<br><br>Defendants. | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY AT FINAL APPROVAL HEARING** |

Before the Court is Plaintiff's Unopposed Motion for Leave to Appear Remotely at Final Approval Hearing (the "Motion"). Having considered the Motion, the Court is of the opinion that it should be, and hereby is, **GRANTED.**

**IT IS HEREBY ORDERED:**

1. Plaintiff has leave to appear remotely at the Final Approval Hearing via teleconference, video conference, or alternative means as directed by the Court; and

2. The Clerk of this Court will send Plaintiff's Counsel of record relevant dial or log-in information prior to the Final Approval Hearing.

SO ORDERED. This 29 day of September, 2022.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE